| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Damaris R Vargas<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx−xx−9712 |
| | | EIN: | _ _−_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: | 13 8/5/26 |
| Case number: | 8−26−73078−las | | |

# ORDER TO CLOSE AUTOMATICALLY DISMISSED CASE

The above−captioned case was automatically dismissed under § 521(i)(l).

**IT IS ORDERED THAT:**

Krista M Preuss (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above−named debtor(s) is closed.

s/ Louis A. Scarcella
United States Bankruptcy Judge

Dated: October 21, 2026